No. 1252, Misc. HICKS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *John R. Snively* for petitioner.

No. 1255, Misc. GAERTNER *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1258, Misc. McCLINDON *v.* OLIVER ET AL. C. A. 9th Cir. Certiorari denied.

No. 1259, Misc. ORTEGA *v.* JOHNSON, JUDGE. Sup. Ct. Mich. Certiorari denied.

No. 1263, Misc. CHANDLER *v.* MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1269, Misc. MEHOLCHICK *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1270, Misc. RAMEY *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 1271, Misc. SIMON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1272, Misc. LEWIS *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 1286, Misc. KANTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1290, Misc. KELLY, AKA SHANNON *v.* CHIEF OF POLICE, COFFEYVILLE POLICE DEPT. Sup. Ct. Kan. Certiorari denied.